## THE STATE *v.* WM. W. CASSIDY.

Where the record of appeal contains neither bill of exception, nor assignment of errors apparent on the
face of the record, and other proceedings are regular, the judgment of the Court *a quo* will not be
disturbed.

APPEAL from the First District Court of New Orleans, *Hunt*, J.
*E. Hiestand*, for appellant. *T. J. Semmes*, Attorney General, for
the State.

DUFFEL, J. The record of appeal containing neither bill of exceptions
nor assignment of errors apparent on the face of the record, and all the
proceedings appearing to be in the required form, the judgment of the
District Court must remain undisturbed. State Const., Art. 62; 3 An. 499.

Judgment affirmed.

VOORHIES, J., absent.